Darrell ALLAMBY, Appellant,

v.

Tamar ALLAMBY aka Tamar Estine Braxton, Appellee.

No. 05–03–00626–CV.

Court of Appeals of Texas, Dallas.

Oct. 1, 2003.

Shideh Sharifi, Dallas, for Appellant.

Pamela J. Heath, Dallas, for Appellee.

Before Justices MOSELEY, RICHTER, and FRANCIS.

## OPINION

PER CURIAM.

Before the Court is appellant's September 26, 2003 motion to dismiss appeal. Appellant's motion states he no longer wishes to pursue the appeal and appellant requests that "costs be assessed against the party incurring them." The Court notes that appellant's motion bears no certificate of conference or any expression of agreement from appellee's counsel that costs of this appeal should be taxed against the party incurring them. Appellant's motion is **GRANTED** to the extent this appeal is **DISMISSED**. *See* Tex.R.App. P. 42.1(a). However, relief requested regarding the costs of the appeal is **DENIED**.